UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. SA:26-M-01235(1) |
| | § | |
| BENNY CALDERA JR. | § | |
| | § | |

**NOTICE OF APPEARANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Alfredo R. Villarreal, Assistant Federal Public Defender and enters his appearance as counsel for the defendant in the above-styled and numbered cause.

Respectfully submitted,

MAUREEN SCOTT FRANCO
Federal Public Defender

/s/ ALFREDO R. VILLARREAL
Assistant Federal Public Defender
300 Convent Street, Suite 2300
San Antonio, Texas 78205
State Bar No. 20581850
Tel.: 210-472-6700
Fax: 210-472-4454

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of October 2026, I filed the foregoing Notice of Appearance using the CM/ECF system which will give electronic notification to the following:

United States Attorney's Office
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

/s/ ALFREDO R. VILLARREAL
Assistant Federal Public Defender